IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01477-PAB-BNB

HEATHER BOURNE,

Plaintiff,

v.

EXEMPLA, INC., d/b/a EXEMPLA LUTHERAN MEDICAL CENTER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File Amended Complaint** [docket no. 14, filed July 30, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint and Jury Demand for filing.

DATED: July 31, 2012