IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01477-PAB-BNB

HEATHER BOURNE,

Plaintiff,

v.

EXEMPLA, INC., d/b/a EXEMPLA LUTHERAN MEDICAL CENTER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 28, filed February 18, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is extended to and including March 18, 2013.

IT IS FURTHER ORDERED that the Pretrial Conference set for April 11, 2013, is **vacated and reset to June 5, 2013, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **May 29, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  February 20, 2013