IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01477-PAB-BNB

HEATHER BOURNE,

     Plaintiff,

v.

EXEMPLA, INC., d/b/a Exempla Lutheran Medical Center,

     Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Unopposed Motion to Dismiss [Docket No. 53] filed by plaintiff.  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss [Docket No. 53] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 25, 2013.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge